*Formatted for Electronic Distribution*                                                            *For Publication*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF VERMONT

Filed & Entered
On Docket
November 13, 2012

In re:
    Dale A. Patterson                                    Chapter 7 Case
    Debtor.                                                # 12-10240

*Appearances:*  *Heather Z. Cooper, Esq.*                  *James B. Anderson, Esq.*
                 *Kenlan, Schwiebert, Facey & Goss, P.C.*     *Ryan Smith & Carbine, Ltd*
                 *Rutland, VT*                                    *Rutland, VT*
                 *Attorney for the Debtor*                     *Attorney for Merchants Bank*

## ORDER
### GRANTING THE DEBTOR'S MOTION TO AVOID LIEN, OVERRULING MERCHANTS BANK'S OBJECTIONS TO THAT MOTION, AND OVERRULING MERCHANTS BANK'S OBJECTION TO THE DEBTOR'S HOMESTEAD EXEMPTION

      Based upon the findings of fact and conclusions of law set forth in a memorandum of decision of event date, the Court finds that (1) the Debtor's IRA was part of the consideration the Debtor received for the disposition of his former homestead and the Debtor used the IRA to acquire his current homestead, (2) the Debtor need not prove he has equity in that property as a prerequisite to avoiding Merchants' lien, and (3) the Debtor has established the right to avoid the Merchants' Judgment lien under § 522(f).

      Accordingly, IT IS HEREBY ORDERED that the Debtor's motion to avoid lien is granted, all of Merchants' objections to that motion are overruled, and Merchants' objection to the Debtor's claim that his current homestead is exempt from enforcement of Merchants' Judgment Lien is overruled.

      SO ORDERED.

November 13, 2012                                                  Colleen A. Brown
Burlington, Vermont                                         United States Bankruptcy Judge